UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO LEDESMA,** ) <br> Plaintiff, ) <br> v. ) <br> OFFICER "HEARD" #466 *et al.*, ) <br> Defendants. ) | **No. LA CV 15-08343-VBF-FFM** <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the defendants' Answer, all records herein, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed written objections to the Report. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

**This action is DISMISSED WITHOUT PREJUDICE.**

Judgment consistent with this Order will be entered as a separate document.

**This case shall be TERMINATED (JS-6).**

IT IS SO ORDERED.

Dated: January 22, 2018

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge