UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO LEDESMA,** )<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER "HEARD" #466, *et al.*, )<br>Defendants. )<br>_____ ) | **No. LA CV 15-08343-VBF-FFM**<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED that this action be and hereby is dismissed without prejudice.**

Dated: January 22, 2018

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge